**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERRANCE B. CONNER, : | |
| Plaintiff, : | Civ. No. 21-14193 (GC) (TJB) |
| v. : | |
| OFFICER REED, : | **ORDER** |
| Defendant. : | |

This matter comes before this Court on United States Magistrate Judge Tonianne J. Bongiovanni's Report and Recommendation ("R & R") dated March 20, 2023 to dismiss Plaintiff's Complaint with prejudice for failure to prosecute this action and comply with Local Civil Rule 10.1 by providing this Court with an updated address. (*See* ECF 23). Magistrate Judge Bongiovanni gave the parties fourteen (14) days to file objections to the R & R. (*See id.* at 23). Neither party filed objections.

This Court has independently reviewed the R & R and the other documents on file in this matter. For the reasons expressed in the thorough R & R,

IT IS on this 2nd day of October, 2023,

ORDERED that Magistrate Judge Bongiovanni's R & R dated March 20, 2023 is ADOPTED IN FULL; and it is further

ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE; and it is further

ORDERED that the Clerk shall serve this Order on Plaintiff at his last listed address of record in this case as well as to Plaintiff at 1125 Lawrence Avenue, Toms River NJ 08757 by regular U.S. mail; and it is further

ORDERED that the Clerk mark this case as closed.

*Georgette Castner*
GEORGETTE CASTNER
United States District Judge